**MIAMI BEACH CONGREGATIONAL CHURCH,** a Florida corporation v. **THE MIAMI BEACH IMPROVEMENT COMPANY,** a Florida corporation.

12 So. (2nd) 575                                    January Term, 1943
March 26, 1943                                      Division B

*C. C. Youmans,* for appellant.

*Evans, Mershon & Sawyer, William W. Muir, W. O. Mehrtens* and *M. L. Mershon,* for appellee.

PER CURIAM:

In a suit to cancel restrictive covenants contained in deed of conveyance, the circuit court after consideration pursuant

to testimony taken on issues presented, denied relief and, by final decree, dismissed complaint.

Plaintiff appealed.

No reversible error being made to appear, decree is affirmed.

So ordered.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.